UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30853
_____

WILSON OIL CO., INC., ET. AL.,

                                                    Plaintiffs,

WILSON OIL CO., INC.

                                          Plaintiff-Appellee

                          versus

HERRING GAS CO., INC.,

                                       Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
_____

June 11, 1996

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

        The court has considered appellant's position in light of
the briefs and pertinent portions of the record.  Having done so,
we find no reversible error of fact or law and no abuse of
discretion in his interpretation of the pretrial order and affirm
for essentially the reasons stated by the district court.

        AFFIRMED.

_____

        [*]        Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in Local Rule 47.5.4.